IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 29 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V | § § | NO: 4:13-CR-222-O |
| BRITTANY LAUREN SMITH (21) | § § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**BRITTANY LAUREN SMITH**, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to **Count 2 of the Indictment**. After cautioning and examining **BRITTANY LAUREN SMITH** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of the offense. I therefore recommend that the plea of guilty to **Count 2** be accepted and that **BRITTANY LAUREN SMITH** be adjudged guilty and have the sentence imposed accordingly.

Date:   January 29, 2014

_____
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).